**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Breanna Lee Shoup<br>      Ryan David Shoup<br><br>            Debtor(s) | CHAPTER 13<br><br>BKY. NO. 24-10676 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Discover Bank and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ *Denise Carlon*
                          Denise Carlon
                          07 Mar 2024, 16:41:41, EST

                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322