**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Breanna Lee Shoup<br>Ryan David Shoup<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 24-10676 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Discover Bank and index same on the master mailing list.

     Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
07 Mar 2024, 16:41:41, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322