**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Breanna Lee Shoup | CHAPTER 13 |
| Ryan David Shoup | |
| Debtor(s) | BKY. NO. 24-10676 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Discover Bank and index same on the master mailing list.

                                          Respectfully submitted,

                                          /s/ *Denise Carlon*
                                          Denise Carlon
                                          07 Mar 2024, 16:41:41, EST

                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322