# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Breanna Lee Shoup             CHAPTER 13
       Ryan David Shoup

           Debtor(s)            BKY. NO. 24-10676 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Discover Bank and index same on the master mailing list.

                Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
07 Mar 2024, 16:41:41, EST

       KML Law Group, P.C.
       701 Market Street, Suite 5000
       Philadelphia, PA 19106-1532
       (215) 627-1322

Document ID: 2fcfae77ee810b9c5c92fbb9636859b5a9bfc4bb45323db064ddb1499297c9e1