UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

**IN RE:**  CASE NO.: 24-10676
  **CHAPTER 13**

**Breanna Lee Shoup,**
  **Debtor.**

**Ryan David Shoup,**
  **Joint Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112

By: /s/Robert Shearer
Robert Shearer
Email: rshearer@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 21, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BREANNA LEE SHOUP
2315 CYPRESS CT
BETHLEHEM, PA 18020

RYAN DAVID SHOUP
2315 CYPRESS CT
BETHLEHEM, PA 18020

And via electronic mail to:

LAPUTKA LAW OFFICE
1344 W. HAMILTON ST.
ALLENTOWN, PA 18102

SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Emily Cheng