United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-10676-pmm
Breanna Lee Shoup     Chapter 13
Ryan David Shoup
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Mar 22, 2024     Form ID: 152     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Breanna Lee Shoup, Ryan David Shoup, 2315 Cypress Ct, Bethlehem, PA 18020-7813 |
| 14863361 | + | Discover Bank, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14860038 | + | FIRST COMMON WEALTH FCU, 257 Brodhead Rd, Bethlehem, PA 18017-8938 |
| 14861594 | + | First Commonwealth Federal Credit Union, 6126 Hamilton Blvd., Suite 100, Allentown, PA 18106-9711 |
| 14860042 | + | New-Res Shellpoint Mortgage, 55 Beattie Pl, Ste 110, Greenville, SC 29601-5115 |
| 14860043 | + | Nicole M. Francese Esq, 200 Eagle Road, Wayne, PA 19087-3115 |
| 14860050 | | WELLS FARGO CARD SERVICES, Credit Bureau Dispute Resolut, Des Moines, IA 50306 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 23 2024 00:15:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 23 2024 00:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 23 2024 00:14:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 14861107 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 23 2024 00:17:08 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14861266 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 23 2024 00:16:29 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14860029 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 23 2024 00:14:00 | Ally Financial, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 14860030 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 23 2024 00:16:29 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14864508 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 23 2024 00:16:31 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14860031 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 23 2024 00:16:48 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14860032 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 23 2024 00:27:17 | CitiCards CBNA, 5800 South Corporate Place - Mail Code 2, Sioux Falls, SD 57108-5027 |
| 14860033 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 23 2024 00:15:00 | ComenityCapital/Carter, 3075 Loyalty Circle PO Box 182120, Columbus, OH 43218-2120 |
| 14860034 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 23 2024 00:15:00 | ComenityCapital/ChldPlce, PO Box 182120, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2120 |
| 14860035 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 23 2024 00:15:00 | ComenityCapital/UltaMC, PO Box 182120, Columbus, OH 43218-2120 |
| 14860036 | | Email/Text: mrdiscen@discover.com | Mar 23 2024 00:14:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14863074 | | Email/Text: mrdiscen@discover.com | Mar 23 2024 00:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14860037 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 23 2024 00:15:00 | Discover Home Equity Loan, 1 Corporate Drive STE 360, Lake Zurich, IL 60047-8945 |
| 14860039 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 23 2024 00:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14860040 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 23 2024 00:16:28 | JPMCB - Card Services, 301 N Walnut St - Floor 09, Wilmington, DE 19801-3935 |
| 14866495 | + | Email/Text: RASEBN@raslg.com | Mar 23 2024 00:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14860041 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 23 2024 00:14:00 | KOHLS/CAPITAL ONE, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14860044 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2024 00:15:00 | PA Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14860045 | + | Email/Text: bknotice@raslavrar.com | Mar 23 2024 00:14:00 | RAS Lavar LLC, 425 Commerce Drive Suite 150, Fort Washington, PA 19034-2727 |
| 14860046 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 23 2024 00:16:30 | SYNCB/Sams Club DC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14860047 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 23 2024 00:17:06 | SYNCB/Venmo, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14860048 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 23 2024 00:16:34 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 14860049 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 23 2024 00:17:06 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 14860051 | + | Email/Text: bkfilings@zwickerpc.com | Mar 23 2024 00:15:00 | Zwicker & Associates, 3220 Tillman Dr Ste 215, Bensalem, PA 19020-2028 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14863996 | *+ | DISCOVER BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14864242 | *+ | DISCOVER BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14864532 | *+ | DISCOVER BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14864892 | *+ | DISCOVER BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 22, 2024 | Form ID: 152 | Total Noticed: 34 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2024 at the address(es) listed below:**

**Name**           **Email Address**

CHARLES LAPUTKA
on behalf of Joint Debtor Ryan David Shoup claputka@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

CHARLES LAPUTKA
on behalf of Debtor Breanna Lee Shoup claputka@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor DISCOVER BANK bkgroup@kmllawgroup.com

ROBERT BRIAN SHEARER
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Breanna Lee Shoup and Ryan David Shoup

    Debtor(s)

Case No: 24−10676−pmm

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 6/27/24 at 10:00 AM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

For The Court

Timothy B. McGrath
Clerk of Court

21
Form 152