UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Breanna Lee Shoup<br>    Ryan David Shoup<br><br>                  Debtors | Chapter 13<br>Bankruptcy No.24-10676-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 19th day of August, 2024, by first class mail upon those listed below:

Breanna Lee Shoup
Ryan David Shoup
2315 Cypress Ct
Bethlehem, PA  18020

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

 

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee