| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-10676-PMM**

Breanna Lee Shoup  
Ryan David Shoup  
2315 Cypress Ct  
Bethlehem  PA    18020

Petition Filed Date: 02/29/2024  
341 Hearing Date: 04/30/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/27/2024 | $636.00 | | 04/23/2024 | $636.00 | | 05/24/2024 | $636.00 | |
| 06/26/2024 | $636.00 | | 07/23/2024 | $636.00 | | | | |

**Total Receipts for the Period: $3,180.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,180.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $529.01 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $37.30 | $0.00 | $0.00 |
| 3 | FIRST COMMONWEALTH FCU »» 02S | Secured Creditors | $668.43 | $0.00 | $0.00 |
| 4 | FIRST COMMONWEALTH FCU »» 02U | Unsecured Creditors | $751.79 | $0.00 | $0.00 |
| 5 | DISCOVER BANK »» 003 | Unsecured Creditors | $2,460.59 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $3,271.84 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) »» 05P | Priority Crediors | $5,755.30 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 05U | Unsecured Creditors | $2,944.07 | $0.00 | $0.00 |
| 9 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $5,655.67 | $0.00 | $0.00 |
| 10 | ALLY FINANCIAL »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK (USA) NA »» 008 | Unsecured Creditors | $2,502.80 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA) NA »» 009 | Unsecured Creditors | $323.83 | $0.00 | $0.00 |
| 13 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $333.97 | $0.00 | $0.00 |
| 14 | WELLS FARGO BANK NEVADA NA »» 011 | Unsecured Creditors | $5,570.83 | $0.00 | $0.00 |
| 15 | WELLS FARGO BANK NEVADA NA »» 012 | Unsecured Creditors | $5,920.87 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10676-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $1,048.93 | $0.00 | $0.00 |
| 17 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $642.97 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR »» 015 | Unsecured Creditors | $387.00 | $0.00 | $0.00 |
| 19 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $5,022.79 | $0.00 | $0.00 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR »» 017 | Unsecured Creditors | $916.10 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR »» 018 | Unsecured Creditors | $1,651.60 | $0.00 | $0.00 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR »» 019 | Unsecured Creditors | $340.13 | $0.00 | $0.00 |
| 23 | DISCOVER BANK »» 020 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | NEWREZ LLC  D/B/A »» 021 | Mortgage Arrears | $7,327.84 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,180.00 | Current Monthly Payment: | $636.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $318.00 | Total Plan Base: | $38,160.00 |
| Funds on Hand: | $2,862.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.