United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10676-pmm |
| Breanna Lee Shoup | Chapter 13 |
| Ryan David Shoup | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 17, 2024 | Form ID: 155 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Breanna Lee Shoup, Ryan David Shoup, 2315 Cypress Ct, Bethlehem, PA 18020-7813 |
| 14863361 | + | Discover Bank, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14860038 | + | FIRST COMMON WEALTH FCU, 257 Brodhead Rd, Bethlehem, PA 18017-8938 |
| 14860042 | + | New-Res Shellpoint Mortgage, 55 Beattie Pl, Ste 110, Greenville, SC 29601-5115 |
| 14860043 | + | Nicole M. Francese Esq, 200 Eagle Road, Wayne, PA 19087-3115 |
| 14860050 | | WELLS FARGO CARD SERVICES, Credit Bureau Dispute Resolut, Des Moines, IA 50306 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14861107 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 18 2024 00:28:33 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14861266 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 18 2024 00:15:01 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14860029 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 18 2024 00:05:00 | Ally Financial, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 14860030 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 00:13:43 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14864508 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 18 2024 00:12:02 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14860031 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 00:28:25 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14860032 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 00:15:03 | CitiCards CBNA, 5800 South Corporate Place - Mail Code 2, Sioux Falls, SD 57108-5027 |
| 14860033 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2024 00:05:00 | ComenityCapital/Carter, 3075 Loyalty Circle PO Box 182120, Columbus, OH 43218-2120 |
| 14860034 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2024 00:05:00 | ComenityCapital/ChldPlce, PO Box 182120, Columbus, OH 43218-2120 |
| 14860035 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2024 00:05:00 | ComenityCapital/UltaMC, PO Box 182120, Columbus, OH 43218-2120 |
| 14860036 | | Email/Text: mrdiscen@discover.com | Oct 18 2024 00:05:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14881776 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 18 2024 00:05:00 | Discover Bank, Attention Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14863074 | | Email/Text: mrdiscen@discover.com | Oct 18 2024 00:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

Case 24-10676-pmm   Doc 34   Filed 10/19/24   Entered 10/20/24 00:36:27   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: 155 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14860037 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 18 2024 00:05:00 | Discover Home Equity Loan, 1 Corporate Drive STE 360, Lake Zurich, IL 60047-8945 |
| 14861594 | + | Email/Text: debtres@firstcomcu.org | Oct 18 2024 00:05:00 | First Commonwealth Federal Credit Union, 6126 Hamilton Blvd., Suite 100, Allentown, PA 18106-9711 |
| 14860039 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 18 2024 00:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14860040 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2024 00:15:03 | JPMCB - Card Services, 301 N Walnut St - Floor 09, Wilmington, DE 19801-3935 |
| 14866495 | + | Email/Text: RASEBN@raslg.com | Oct 18 2024 00:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14860041 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 18 2024 00:05:00 | KOHLS/CAPITAL ONE, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14876821 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 00:13:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14867600 | + | Email/Text: RASEBN@raslg.com | Oct 18 2024 00:05:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004-2001 |
| 14881891 | | Email/Text: mtgbk@shellpointmtg.com | Oct 18 2024 00:05:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14860044 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2024 00:05:00 | PA Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14880655 | | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2024 00:05:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14877082 | | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2024 00:05:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14860045 | + | Email/Text: bknotice@raslavrar.com | Oct 18 2024 00:05:00 | RAS Lavar LLC, 425 Commerce Drive Suite 150, Fort Washington, PA 19034-2727 |
| 14860046 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 00:28:33 | SYNCB/Sams Club DC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14860047 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 00:15:05 | SYNCB/Venmo, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14860048 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 00:15:03 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 14874179 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 18 2024 00:15:06 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14860049 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 18 2024 00:28:33 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 14860051 | + | Email/Text: bkfilings@zwickerpc.com | Oct 18 2024 00:05:00 | Zwicker & Associates, 3220 Tillman Dr Ste 215, Bensalem, PA 19020-2028 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14872013 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: 155 | Total Noticed: 38 |

| | | |
|---|---|---|
| 14863996 | *+ | DISCOVER BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14864242 | *+ | DISCOVER BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14864532 | *+ | DISCOVER BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14864892 | *+ | DISCOVER BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024                Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

**Name**      **Email Address**

CHARLES LAPUTKA
on behalf of Joint Debtor Ryan David Shoup claputka@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

CHARLES LAPUTKA
on behalf of Debtor Breanna Lee Shoup claputka@laputkalaw.com
jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor DISCOVER BANK bkgroup@kmllawgroup.com

ROBERT BRIAN SHEARER
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Breanna Lee Shoup

   Ryan David Shoup

   Debtor(s).

Case No. 24−10676−pmm

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 17, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court