United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Breanna Lee Shoup

Ryan David Shoup

     Debtors

Case No. 24-10676-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14881776 | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 24 2026 00:20:00 | Discover Bank, Attention Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026       Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor DISCOVER BANK andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CHARLES LAPUTKA | on behalf of Debtor Breanna Lee Shoup ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | on behalf of Joint Debtor Ryan David Shoup ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor DISCOVER BANK bkgroup@kmllawgroup.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jkatz@raslg.com |
| MATTHEW K. FISSEL | |

District/off: 0313-4                              User: admin                                    Page 2 of 2

Date Rcvd: Feb 23, 2026                          Form ID: trc                                   Total Noticed: 1

on behalf of Creditor Capital One  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

ROBERT BRIAN SHEARER

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

SHERRI DICKS

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 24-10676-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Breanna Lee Shoup
2315 Cypress Ct
Bethlehem PA 18020

Ryan David Shoup
2315 Cypress Ct
Bethlehem PA 18020

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/23/2026.

Name and Address of Alleged Transferor(s):

Claim No. 20: Discover Bank, Attention Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/25/26

Mohung Wong
**CLERK OF THE COURT**