**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Ryan David Shoup<br>        Breanna Lee Shoup<br>                        Debtors | CHAPTER 13 |
| JPMorgan Chase Bank, National Association as successor in interest to Discover Bank<br>                        Moving Party<br>        vs. | NO. 24-10676 PMM |
| Ryan David Shoup<br>Breanna Lee Shoup<br>                        Debtors | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>                        Trustee | |

**ORDER**

AND NOW, this __2nd__ day of __April_____, 2026 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

_____
United States Bankruptcy Judge