United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                     Case No. 24-10676-pmm

Breanna Lee Shoup                                                                  Chapter 13

Ryan David Shoup

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 02, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID                          Recipient Name and Address**
db                        +  Breanna Lee Shoup, 2315 Cypress Ct, Bethlehem, PA 18020-7813

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

**Name                          Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor DISCOVER BANK andrew.spivack@brockandscott.com  wbecf@brockandscott.com

CHARLES LAPUTKA
    on behalf of Debtor Breanna Lee Shoup ecfnotices@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

CHARLES LAPUTKA
    on behalf of Joint Debtor Ryan David Shoup ecfnotices@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

JORDAN MATTHEW KATZ
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jkatz@raslg.com

MATTHEW K. FISSEL
    on behalf of Creditor DISCOVER BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

District/off: 0313-4                   User: admin                      Page 2 of 2

Date Rcvd: Apr 02, 2026               Form ID: pdf900              Total Noticed: 1

MATTHEW K. FISSEL
     on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

MATTHEW K. FISSEL
     on behalf of Creditor Capital One  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

ROBERT BRIAN SHEARER
     on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rshearer@raslg.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

SHERRI DICKS
     on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ryan David Shoup<br>Breanna Lee Shoup<br>                          <u>Debtors</u> | CHAPTER 13 |
| JPMorgan Chase Bank, National Association as successor in interest to Discover Bank<br>                          <u>Moving Party</u><br>       vs. | NO. 24-10676 PMM |
| Ryan David Shoup<br>Breanna Lee Shoup<br>                          <u>Debtors</u> | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>                          <u>Trustee</u> | |

**<u>ORDER</u>**

AND NOW, this __2nd__ day of __April_____, 2026 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_

_____
United States Bankruptcy Judge