**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Breanna Lee Shoup                              Case # 24-10676
      Ryan David Shoup

          Debtors                                    CHAPTER 13

**O R D E R**

    **AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Chapter

13 Plan (doc # 55, the "Motion"):

    It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Modified Plan (doc. # 50) is **APPROVED**.

               **BY THE COURT:**

 **Date:**                                    _____

               **PATRICIA M. MAYER**
               **U.S. BANKRUPTCY JUDGE**