**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Breanna Lee Shoup                                    Case # 24-10676
     Ryan David Shoup

        Debtors                                        CHAPTER 13

**CERTIFICATE OF NO RESPONSE AND**
**REQUEST FOR ENTRY OF ORDER**

I, Charles Laputka, Esquire, counsel for the Debtors, hereby certify the following:

1.      The Motion to Modify Confirmed Plan was timely served on all interested parties as is shown on the certificate of service previously filed with the Motion.

2.      No objections, responses, or requests for hearing on the Application have been received, and as of May 11, 2026, a check of the electronic entries docketed in this case confirms that no objections, responses, or requests for hearing on the Application have been filed.

     WHEREFORE, Movant seeks the entry of the proposed order filed with the Motion, granting the requested relief.

Dated: May 11, 20226                          /s/ *Charles Laputka, Esquire*
                                      CHARLES LAPUTKA, Esquire
                                      PA I.D. No. 91984
                                      1344 West Hamilton Street
                                      Allentown, PA 18102
                                      Phone: (610) 477-0155
                                      Facsimile: (484)350-3581