**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: **Breanna Lee Shoup**              Case # 24-10676
**Ryan David Shoup**

**Debtors**              CHAPTER 13

**O R D E R**

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed

Chapter 13 Plan (doc # 51, the "Motion"):

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Modified Plan (doc. # 55) is **APPROVED**.

**BY THE COURT:**

_Patricia M. Mayer_

**Date:**   5/14/26

_____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**