Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Breanna Lee Shoup
Ryan David Shoup
2315 Cypress Ct
Bethlehem, PA 18020

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-10676-PMM**

Petition Filed Date: 02/29/2024
341 Hearing Date: 04/30/2024
Confirmation Date: 10/17/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $648.00 | | 09/30/2025 | $648.00 | | 10/20/2025 | $648.00 | |
| 11/18/2025 | $648.00 | | 12/29/2025 | $648.00 | | 01/28/2026 | $648.00 | |
| 02/24/2026 | $648.00 | | 03/25/2026 | $648.00 | | 04/16/2026 | $648.00 | |
| 05/22/2026 | $728.00 | | 06/22/2026 | $728.00 | | 07/22/2026 | $728.00 | |

**Total Receipts for the Period: $8,016.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $19,676.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $3,688.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $529.01 | $529.01 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $37.30 | $0.00 | $37.30 |
| 3 | FIRST COMMONWEALTH FCU<br>»» 02S | Secured Creditors | $668.43 | $531.65 | $136.78 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 02U | Unsecured Creditors | $751.79 | $0.00 | $751.79 |
| 5 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $2,460.59 | $0.00 | $2,460.59 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $3,271.84 | $0.00 | $3,271.84 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $5,755.30 | $5,755.30 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $2,944.07 | $0.00 | $2,944.07 |
| 9 | JP MORGAN CHASE BANK NA<br>»» 006 | Unsecured Creditors | $5,655.67 | $0.00 | $5,655.67 |
| 10 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $2,502.80 | $0.00 | $2,502.80 |
| 12 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $323.83 | $0.00 | $323.83 |

**Chapter 13 Case No. 24-10676-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $333.97 | $0.00 | $333.97 |
| 14 | WELLS FARGO BANK NEVADA NA<br>»» 011 | Unsecured Creditors | $5,570.83 | $0.00 | $5,570.83 |
| 15 | WELLS FARGO BANK NEVADA NA<br>»» 012 | Unsecured Creditors | $5,920.87 | $0.00 | $5,920.87 |
| 16 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $1,048.93 | $0.00 | $1,048.93 |
| 17 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $642.97 | $0.00 | $642.97 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 015 | Unsecured Creditors | $387.00 | $0.00 | $387.00 |
| 19 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $5,022.79 | $0.00 | $5,022.79 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 017 | Unsecured Creditors | $916.10 | $0.00 | $916.10 |
| 21 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $1,651.60 | $0.00 | $1,651.60 |
| 22 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 019 | Unsecured Creditors | $340.13 | $0.00 | $340.13 |
| 23 | NEWREZ LLC D/B/A<br>»» 020 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | NEWREZ LLC D/B/A<br>»» 021 | Mortgage Arrears | $7,327.84 | $5,828.31 | $1,499.53 |
| 25 | CAPITAL ONE BANK (USA) NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | CAPITAL ONE/WALMART | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | JPMCB - CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | THD/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | NEWREZ LLC D/B/A<br>»» 21P | Secured Creditors | $1,928.72 | $1,089.17 | $839.55 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,676.00 | Current Monthly Payment: | $728.00 |
| Paid to Claims: | $17,421.44 | Arrearages: | ($648.00) |
| Paid to Trustee: | $1,582.62 | Total Plan Base: | $41,596.00 |
| Funds on Hand: | $671.94 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.