UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

| | |
|---|---|
| IN RE:<br><br>BREANNA LEE SHOUP<br>RYAN DAVID SHOUP<br><br>Debtors | Chapter 13<br>Case No. 24-10676-PMM |
| ALLY BANK<br><br>Movant<br><br>v.<br><br>BREANNA LEE SHOUP<br>RYAN DAVID SHOUP<br>(Debtors)<br><br>SCOTT F. WATERMAN<br>(Trustee)<br><br>Respondents | |

MODIFYING

**ORDER ~~TERMINATING~~ AUTOMATIC STAY**

AND NOW, this 21st day of October, 2026, upon consideration of the Motion for Relief from Automatic Stay ("Motion"), filed by Ally Bank ("Movant"), and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 is modified ~~terminated~~, permitting Ally Bank and its successors and assigns, to exercise its rights under applicable law against the collateral; and Ally Bank is allowed to enforce the contract rights as it pertains to the 2018 GMC Terrain VIN No. 3GKALTEV0JL314774 to obtain possession of and/or dispose of the Property; and it is further

**ORDERED**, that Relief from the Automatic Stay is granted allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies and obtain possession of and/or dispose of the collateral and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible solutions and/or resolutions; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(4).

BY THE COURT:

Patricia M. Mayer

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge

**Date: October 21, 2026**